IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-cv-365-BO

| | | |
|---|---|---|
| CHRISTIE SVAJDLENKA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | ) | **ORDER** |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $14,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff's counsel is ordered to reimburse the $4,600.00 EAJA fee to Plaintiff.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $14,000.00 from Plaintiff's back benefits and Plaintiff's counsel pay to Plaintiff $4,600.00 and upon the payment of such sums this case is dismissed with prejudice.

This 21 day of September, 2018.

Terrence Boyle
United States District Judge