UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIE SVAJDLENKA, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br>         Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:16-CV-365-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $14,000.00 from Plaintiff's back benefits and Plaintiff's counsel pay to Plaintiff $4,600.00 and upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on September 21, 2018, and Copies To:**
Charlotte Williams Hall                                (via CM/ECF electronic notification)
Kaba-Kabi A. Kazadi                                   (via CM/ECF electronic notification)

DATE:                                            PETER A. MOORE, JR., CLERK
September 21, 2018                       (By) /s/ Nicole Sellers
                                                    Deputy Clerk